UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| CHRISTOPHER KNIGHTON ) | |
| ) | |
|    *Petitioner*, ) | |
| ) | |
| v. ) | No. 3:07-cv-02 |
| ) | *Phillips* |
| ) | |
| DAVID MILLS, Warden ) | |
| ) | |
|    *Respondent*. ) | |

## **O R D E R**

In accordance with the accompanying Memorandum Opinion, the motion to dismiss filed by the Attorney General for the State of Tennessee, on behalf of the respondent, is **DENIED**. The respondent should file his response to the habeas corpus petition within thirty (30) days of the entry of this Order.

**E N T E R:**

                                                s/ Thomas W. Phillips
                                            United States District Judge